UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

DR. RICHARD CORDERO,

                                Appellant,

                                                               <u>ORDER</u>

                                                                05-MC-6008L
                                                                05-CV-6190L

                                v.

DAVID DE LANO and MARY ANN DE LANO,

                                Respondents.
_____

       Dr. Richard Cordero's motion for reconsideration of this Court's denial of his motion to proceed *in forma pauperis* (Dkt. #3 in 05-MC-6008L) is denied.

       The motion filed by Dr. Cordero, styled as "Objection to Scheduling Order and Request For Its Urgent Rescission" (Dkt. # 3 in 05-CV-6190L) is granted in part. Appellant may have until June 13, 2005, within which to file and serve his brief. In all other respects, the motion is denied.

       IT IS SO ORDERED.

                                                      _____
                                                         DAVID G. LARIMER
                                                        United States District Judge

Dated: Rochester, New York
           May 3, 2005.