UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

DR. RICHARD CORDERO,

                Appellant,

                                        ORDER

                                        05-MC-6008L
                                        05-CV-6190L

        v.

DAVID DE LANO and MARY ANN DE LANO,

                Respondents.
_____

        Dr. Richard Cordero's motion for reconsideration of this Court's denial of his motion to proceed *in forma pauperis* (Dkt. #3 in 05-MC-6008L) is denied.

        The motion filed by Dr. Cordero, styled as "Objection to Scheduling Order and Request For Its Urgent Rescission" (Dkt. # 3 in 05-CV-6190L) is granted in part. Appellant may have until June 13, 2005, within which to file and serve his brief. In all other respects, the motion is denied.

        IT IS SO ORDERED.

                                              _____
                                               DAVID G. LARIMER
                                            United States District Judge

Dated: Rochester, New York
          May 3, 2005.